**Opinion issued April 28, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00046-CV

————————————

## ANNIE EAST, Appellant

## V.

## SOUTHWEST CIMM'S INC. D/B/A BURGER KING #1002 A/K/A CIMM'S INCORPORATED, Appellee

On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 997701

## MEMORANDUM OPINION

Appellant, Annie East, has filed two unopposed motions to dismiss this appeal, informing the Court that "all matters in controversy" between the parties

have been "settled" and "resolved." *See* TEX. R. APP. P. 42.1(a)(1). The parties have agreed that each will bear its own costs. *See* TEX. R. APP. P. 42.1(d).

We grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We withdraw our August 28, 2014 majority and dissenting opinions and judgment. *See* TEX. R. APP. P. 42.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Lloyd.